IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SILVERGATE PHARMACEUTICALS, INC., <br><br> v. <br><br> BIONPHARMA INC. | ) <br> ) <br> ) Civil Action No. <br> ) <br> ) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: April 26, 2019

Date of Expiration of Patent: March 25, 2036

Thirty Month Stay Deadline: April 30, 2021


| 6/7/2019 | /s/ Megan E. Dellinger |
|---|---|
| Date | Attorney(s) for Plaintiff |