IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SILVERGATE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIONPHARMA INC., <br><br> Defendant. | C.A. No. 18-1962 (LPS) <br> C.A. No. 19-1067 (LPS) |
| SILVERGATE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS LLC, <br><br> Defendant. | C.A. No. 19-678 (LPS) |

**[PROPOSED] ORDER**

The Court orders as follows:

1. The expert testimony record related to Plaintiff's assertions against Defendant Amneal Pharmaceuticals ("Amneal") will only consist of testimony from expert witnesses whom Plaintiff or Amneal had the right to depose in Civil Action Number 19-678. For clarity and without limiting the generality of the foregoing, the only expert testimony presented at trial on which Plaintiff and Amneal may rely in connection with Plaintiff's assertions against Amneal – including, but not limited to, at trial, in post-trial briefing, and in connection with any appeals – is expert testimony from Dr. Graham Buckton, Dr. John Mahan, Dr. Jesse David, Dr. Richard Gemeinhart, Dr. Patrick J. Sinko, and/or Mr. Ivan T. Hofmann.

2. The expert testimony record related to Plaintiff's assertions against Defendant Bionpharma Inc. ("Bionpharma") will only consist of expert testimony from expert witnesses whom Plaintiff or Bionpharma had the right to depose in Civil Action Numbers 18-1962 and 19-

-

1067.  For clarity and without limiting the generality of the foregoing, the only expert testimony presented at trial on which Plaintiff and Bionpharma may rely in connection with Plaintiff's assertions against Bionpharma – including, but not limited to, at trial, in post-trial briefing, and in connection with any appeals – is expert testimony from Dr. Stephen Byrn, Dr. John Mahan, and/or Dr. Christian Moreton.

**IT IS SO ORDERED,** this _____ **day of January, 2021.**

                                            _____
                                            HONORABLE LEONARD P. STARK
                                            UNITED STATES DISTRICT JUDGE